UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:09CR525 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| JULIAN M. QUICK, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of Julian M. Quick, which was referred to the Magistrate Judge with the consent of the parties.

On January 27, 2010, the government filed a one-count Superseding Information, charging Defendant, Julian M. Quick, with Copyright Infringement in violation of Title 17 United States Code, Section 506(a)(1)(B) and Title 18 United States Code, Section 2319(c)(3). Defendant Quick was arraigned on January 28, 2010, and entered a plea of not guilty to count 1 before Magistrate Judge Nancy A. Vecchiarelli. On January 28, 2010, Magistrate Judge Nancy Vecchiarelli, received Defendant Quick's plea of guilty to count 1 of the Superseding Information and issued a Report and Recommendation ("R&R") concerning whether the plea

should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Julian M. Quick is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Quick is adjudged guilty to Count 1 of the Superseding Information, in violation of Title 17 United States Code, Section 506(a)(1)(B) and Title 18, United States Code, Section 2319(c)(3). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on April 27, 2010, at 10:00 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 16, 2009